UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| RICKEY EAVING TUCKER, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:23 CV 163 CDP |
| ANDREW SKINNER, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff, Missouri state prisoner Rickey Eaving Tucker, again moves for the appointment of counsel to assist him in the prosecution of his claims. I will deny the motions. Defendants move for sanctions against Tucker, arguing that he has failed to provide initial disclosures as directed by this Court's Case Management Order. Alternatively, defendants move for an order compelling Tucker to provide the disclosures. As Tucker has responded to defendants' motion with his initial disclosures, I will deny the motion for sanctions as moot.

As stated in previous orders, the factual and legal issues in this case are not complex. Tucker brings claims that he was denied due process when he was subjected to excessive force as a pretrial detainee at the Scott County Jail. He has identified the persons involved in the alleged force, the date upon which the force occurred, and specific details giving rise to his claims, including medical treatment

- 2 -

received for some of his alleged injuries. Tucker has also shown that he is knowledgeable of and able to engage in the processes necessary to prosecute his claims. A review of the case shows that he has ably responded to defendants' motions to dismiss and for sanctions, identified methods by which he plans to proceed with discovery, and expressed to the Court his eagerness for the discovery process to begin. Given Tucker's ability to adequately present and prosecute his claims, the appointment of counsel is not warranted at this time.

Moreover, as Tucker has now provided his initial disclosures, which was the alternative relief sought in defendants' motion for sanctions, the motion for sanctions is now moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Rickey Eaving Tucker's motions for the appointment of counsel [51] [53] are **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that defendants' Motion for Sanctions [55] is **DENIED as moot.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of February, 2025.